RIPPLE, Circuit Judge,
concurring in the judgment.
In my view, the district court could have sustained Rule 11 sanctions solely on the fact that counsel had offered Mr. Hawk as a party. However, the district court was not required to rest its determination solely on this factor, and, indeed, it did not. *612 Rather, it premised its imposition of sanctions not only on that ground but also on the ground that counsel had engaged in a pattern of conduct that amounted to “claim jumping.” This latter reason is certainly not supported by the record.
Having afforded the district court a second opportunity to ground the award of sanctions on a. specific and appropriate basis, I do not think that we need to give it a third chance. See Kotsilieris v. Chalmers, 966 F.2d 1181, 1188 n. 2 (7th Cir. 1992). Accordingly, I join the judgment of the court.